IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **CHARLES H. BAKER, JR.,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 3:02cv1328-T |
| **ARNOLD HOLT, et al.,** | ) | (WO) |
| | ) | |
| Respondents. | ) | |

**ORDER**

This cause is now before the court on petitioner's motion for certificate of appealability (Doc. No. 122).

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 29th day of June, 2005.

                                          **/s/ Myron H. Thompson**
                                    **UNITED STATES DISTRICT JUDGE**